**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KATHLEEN M. ANDERSON** | : | |
| | : | |
| | : | No. 24-10924(amc) |

**ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES**

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above, and direct all notices intended for my client to me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:  */S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com

Date: April 1, 2024

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KATHLEEN M. ANDERSON** | : | |
| | : | |
| | : | No. 24-10924(amc) |

**CERTIFICATE of SERVICE**

I hereby certify that on April 1, 2024, I caused true and correct copies of the foregoing Entry of Appearance to be sent to each of the persons named below, by First Class U.S. Mail, postage prepaid (except where noted), as follows:

Kathleen M. Anderson
6654 Edmund Street
Philadelphia, PA 19135

Scott Waterman, Esquire          (sent by ECF)
Chapter 13 Trustee

Michael A. Cibik, Esquire          (sent by ECF)
Debtor's counsel

Office of the U.S. Trustee          (sent by ECF)

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com