**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Kathleen Marie Anderson,<br><br>　　　　　Debtor. | Case No. 24-10924<br><br>Chapter 13<br><br>SSN: xxx-xx-4285 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Kathleen Marie Anderson, it is hereby **ORDERED** that:

1. Debtor's employer, **Viridity Energy Solutions Inc.** ("the employer") shall pay $147.70 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Scott F. Waterman, Chapter 13 Trustee
    P.O. Box 680
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

CC:　Viridity Energy Solutions Inc.
　　　1801 Market Street
　　　Philadelphia, PA 19103