# Earnings Statement

**ADP**

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Period Beginning: 12/02/2023
Period Ending: 12/15/2023
Pay Date: 12/22/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1

**KATHLEEN MARIE ANDERSON**
**6654 EDMUND ST**
**PHILADELPHIA PA 19135**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 56.00 | 2,207.94 | 74,173.70 |
| Sal Pto | 39.4275 | 24.00 | 946.26 | 3,785.04 |
| Bonus | | | | 6,500.00 |
| Ee Recognition | | | | 196.97 |
| Sal Float Hol | | | | 315.42 |
| Sal Holiday | | | | 2,797.30 |
| Sal Personal | | | | 315.42 |
| **Gross Pay** | | | **$3,154.20** | 88,083.85 |

## Deductions

### Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -372.75 | 11,029.77 |
| Social Security Tax | -194.12 | 5,417.99 |
| Medicare Tax | -45.40 | 1,267.11 |
| PA State Income Tax | -94.29 | 2,635.61 |
| Philadelphia Income Tax | -120.52 | 3,381.14 |
| PA SUI Tax | -2.21 | 61.66 |

### Other

| | this period | year to date |
|---|---|---|
| Dental | -6.19* | 166.77 |
| Health | -73.61* | 1,983.17 |
| Pet Insurance | -13.82 | |
| Vision | -3.15* | 84.87 |
| 401K $ | -189.25* | 4,833.99 |
| 401K Loan | -56.20 | 1,461.20 |
| EE Recognition | | 125.00 |

**Net Pay** **$1,982.69**
Checking 1  -1,482.69
CHECK1  -500.00

**Net Check** **$0.00**

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,882.00

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 1,537.96 |
| Hlth Plan Value | | 9,570.30 |
| Max Elig/Comp | 3,154.20 | 87,886.88 |
| Total Hours Wor | 56.00 | |
| 401K Er Match | 189.25 | 4,833.99 |
| Float Hours | | 0.00 |
| Personal Hours | | 0.00 |
| Pto Available | | 57.97 |

### Important Notes

267-419-2294

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Advice number: 00000510042
Pay date: 12/22/2023

**Deposited to the account of**
**KATHLEEN MARIE ANDERSON**

| account number | transit ABA | amount |
|---|---|---|
| xx1150 | xxxx xxxx | $500.00 |
| xxxxxxxx1978 | xxxx xxxx | $1,482.69 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Period Beginning: 12/16/2023
Period Ending: 12/29/2023
Pay Date: 01/05/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1

**KATHLEEN MARIE ANDERSON**
**6654 EDMUND ST**
**PHILADELPHIA PA 19135**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 40.00 | 1,577.10 | 1,577.10 |
| Sal Holiday | 39.4275 | 16.00 | 630.84 | 630.84 |
| Sal Pto | 39.4275 | 24.00 | 946.26 | 946.26 |
| **Gross Pay** | | | **$3,154.20** | 3,154.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.62 | 356.62 |
| | Social Security Tax | -194.12 | 194.12 |
| | Medicare Tax | -45.40 | 45.40 |
| | PA State Income Tax | -94.29 | 94.29 |
| | Philadelphia Income Tax | -120.52 | 120.52 |
| | PA SUI Tax | -2.21 | 2.21 |
| | **Other** | | |
| | Dental | -6.19* | 6.19 |
| | Health | -73.61* | 73.61 |
| | Pet Insurance | -13.82 | |
| | Vision | -3.15* | 3.15 |
| | 401K $ | -189.25* | 189.25 |
| | 401K Loan | -56.20 | 56.20 |
| | **Net Pay** | **$1,998.82** | |
| | Checking 1 | -1,498.82 | |
| | CHECK1 | -500.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,882.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 59.72 |
| Max Elig/Comp | 3,154.20 | 3,154.20 |
| Total Hours Wor | 40.00 | |
| 401K Er Match | 189.25 | 189.25 |
| Float Hours | | 8.00 |
| Personal Hours | | 8.00 |
| Pto Available | | 40.12 |

**Important Notes**
267-419-2294

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

**Advice number:** 00000010021
**Pay date:** 01/05/2024

*THIS IS NOT A CHECK*

**Deposited to the account of**
**KATHLEEN MARIE ANDERSON**

| account number | transit ABA | amount |
|---|---|---|
| xx1150 | xxxx xxxx | $500.00 |
| xxxxxxxx1978 | xxxx xxxx | $1,498.82 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Period Beginning: 12/30/2023
Period Ending: 01/12/2024
Pay Date: 01/19/2024

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1

KATHLEEN MARIE ANDERSON
6654 EDMUND ST
PHILADELPHIA PA 19135

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 72.00 | 2,838.78 | 4,415.88 |
| Sal Holiday | 39.4275 | 8.00 | 315.42 | 946.26 |
| Sal Pto | | | | 946.26 |
| **Gross Pay** | | | **$3,154.20** | 6,308.40 |

Your federal taxable wages this period are $2,882.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.62 | 713.24 |
| | Social Security Tax | -194.12 | 388.24 |
| | Medicare Tax | -45.40 | 90.80 |
| | PA State Income Tax | -94.29 | 188.58 |
| | Philadelphia Income Tax | -120.52 | 241.04 |
| | PA SUI Tax | -2.21 | 4.42 |
| **Other** | | | |
| | Dental | -6.19* | 12.38 |
| | Health | -73.61* | 147.22 |
| | Pet Insurance | -13.82 | |
| | Vision | -3.15* | 6.30 |
| | 401K $ | -189.25* | 378.50 |
| | 401K Loan | -56.20 | 112.40 |
| **Net Pay** | | **$1,998.82** | |
| | Checking 1 | -1,498.82 | |
| | CHECK1 | -500.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 119.44 |
| Max Elig/Comp | 3,154.20 | 6,308.40 |
| Total Hours Wor | 72.00 | |
| 401K Er Match | 189.25 | 378.50 |
| Float Hours | | 8.00 |
| Personal Hours | | 8.00 |
| Pto Available | | 46.27 |

**Important Notes**
267-419-2294

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

**Advice number:** 00000030021
**Pay date:** 01/19/2024

THIS IS NOT A CHECK

**Deposited to the account of**
KATHLEEN MARIE ANDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx1150 | xxxx xxxx | $500.00 |
| xxxxxxxx1978 | xxxx xxxx | $1,498.82 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Period Beginning: 01/13/2024
Period Ending: 01/26/2024
Pay Date: 02/02/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1

**KATHLEEN MARIE ANDERSON**
**6654 EDMUND ST**
**PHILADELPHIA PA 19135**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 80.00 | 3,154.20 | 7,570.08 |
| Sal Holiday | | | | 946.26 |
| Sal Pto | | | | 946.26 |
| **Gross Pay** | | | **$3,154.20** | 9,462.60 |

Your federal taxable wages this period are $2,882.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.62 | 1,069.86 |
| | Social Security Tax | -194.12 | 582.36 |
| | Medicare Tax | -45.40 | 136.20 |
| | PA State Income Tax | -94.29 | 282.87 |
| | Philadelphia Income Tax | -120.52 | 361.56 |
| | PA SUI Tax | -2.20 | 6.62 |
| | **Other** | | |
| | Dental | -6.19* | 18.57 |
| | Health | -73.61* | 220.83 |
| | Pet Insurance | -14.15 | |
| | Vision | -3.15* | 9.45 |
| | 401K $ | -189.25* | 567.75 |
| | 401K Loan | -56.20 | 168.60 |
| | **Net Pay** | **$1,998.50** | |
| | Checking 1 | -1,498.50 | |
| | CHECK1 | -500.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 179.16 |
| Max Elig/Comp | 3,154.20 | 9,462.60 |
| Total Hours Wor | 80.00 | |
| 401K Er Match | 189.25 | 567.75 |
| Float Hours | | 8.00 |
| Personal Hours | | 8.00 |
| Pto Available | | 52.42 |

**Important Notes**
267-419-2294

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

**Advice number:** 00000050022
**Pay date:** 02/02/2024

**Deposited to the account of**
**KATHLEEN MARIE ANDERSON**

| account number | transit ABA | amount |
|---|---|---|
| xx1150 | xxxx xxxx | $500.00 |
| xxxxxxxx1978 | xxxx xxxx | $1,498.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA,   PA  19103

Period Beginning:  01/27/2024
Period Ending:     02/09/2024
Pay Date:          02/16/2024

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1

**KATHLEEN MARIE ANDERSON**
**6654 EDMUND ST**
**PHILADELPHIA PA 19135**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 80.00 | 3,154.20 | 10,724.28 |
| Sal Holiday | | | | 946.26 |
| Sal Pto | | | | 946.26 |
| **Gross Pay** | | | **$3,154.20** | 12,616.80 |

Your federal taxable wages this period are $2,882.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.62 | 1,426.48 |
| | Social Security Tax | -194.12 | 776.48 |
| | Medicare Tax | -45.40 | 181.60 |
| | PA State Income Tax | -94.29 | 377.16 |
| | Philadelphia Income Tax | -120.52 | 482.08 |
| | PA SUI Tax | -2.21 | 8.83 |
| **Other** | | | |
| | Dental | -6.19* | 24.76 |
| | Health | -73.61* | 294.44 |
| | Pet Insurance | -14.15 | |
| | Vision | -3.15* | 12.60 |
| | 401K $ | -189.25* | 757.00 |
| | 401K Loan | -56.20 | 224.80 |
| **Net Pay** | | **$1,998.49** | |
| | Checking 1 | -1,498.49 | |
| | CHECK1 | -500.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 238.88 |
| Max Elig/Comp | 3,154.20 | 12,616.80 |
| Total Hours Wor | 80.00 | |
| 401K Er Match | 189.25 | 757.00 |
| Float Hours | | 8.00 |
| Personal Hours | | 8.00 |
| Pto Available | | 58.57 |

**Important Notes**
267-419-2294

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

**Advice number:**   00000070021
Pay date:            02/16/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
**KATHLEEN MARIE ANDERSON**

| account number | transit ABA | amount |
|---|---|---|
| xx1150 | xxxx xxxx | $500.00 |
| xxxxxxxx1978 | xxxx xxxx | $1,498.49 |

**NON-NEGOTIABLE**

| | | |
|---|---|---|
| ZJ1 000101 301123 | 0000090022 CHR | |

# Earnings Statement

**ADP**

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Period Beginning: 02/10/2024
Period Ending: 02/23/2024
Pay Date: 03/01/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1

**KATHLEEN MARIE ANDERSON**
**6654 EDMUND ST**
**PHILADELPHIA PA 19135**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 64.00 | 2,523.36 | 13,247.64 |
| Sal Holiday | 39.4275 | 8.00 | 315.42 | 1,261.68 |
| Sal Pto | 39.4275 | 8.00 | 315.42 | 1,261.68 |
| **Gross Pay** | | | **$3,154.20** | 15,771.00 |

Your federal taxable wages this period are $2,882.00

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -356.62 | 1,783.10 |
| | Social Security Tax | -194.12 | 970.60 |
| | Medicare Tax | -45.40 | 227.00 |
| | PA State Income Tax | -94.29 | 471.45 |
| | Philadelphia Income Tax | -120.52 | 602.60 |
| | PA SUI Tax | -2.21 | 11.04 |
| | **Other** | | |
| | Dental | -6.19* | 30.95 |
| | Health | -73.61* | 368.05 |
| | Pet Insurance | -14.15 | |
| | Vision | -3.15* | 15.75 |
| | 401K $ | -189.25* | 946.25 |
| | 401K Loan | -56.20 | 281.00 |
| | **Net Pay** | | **$1,998.49** |
| | Checking 1 | -1,498.49 | |
| | CHECK1 | -500.00 | |
| | **Net Check** | | **$0.00** |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 298.60 |
| Max Elig/Comp | 3,154.20 | 15,771.00 |
| Total Hours Wor | 64.00 | |
| 401K Er Match | 189.25 | 946.25 |
| Float Hours | | 8.00 |
| Personal Hours | | 8.00 |
| Pto Available | | 56.72 |

**Important Notes**
267-419-2294

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

**Advice number:** 00000090022
**Pay date:** 03/01/2024

THIS IS NOT A CHECK

**Deposited to the account of**
**KATHLEEN MARIE ANDERSON**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xx1150 | xxxx xxxx | $500.00 |
| | xxxxxxxx1978 | xxxx xxxx | $1,498.49 |

**NON-NEGOTIABLE**

| | | | | | |
|---|---|---|---|---|---|
| Case 24-10924-amc | Doc 25 CHR Filed 05/22/24 | | Entered 05/22/24 14:17:45 | Desc Main | |
| ZJ1 000101 301123 | 00000 Document | | Page 7 | **Earnings Statement** | ADP |

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Period Beginning: 02/24/2024
Period Ending: 03/08/2024
Pay Date: 03/15/2024

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1

KATHLEEN MARIE ANDERSON
6654 EDMUND ST
PHILADELPHIA PA 19135

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.4275 | 64.00 | 2,523.36 | 15,771.00 |
| Sal Personal | 39.4275 | 8.00 | 315.42 | 315.42 |
| Sal Pto | 39.4275 | 8.00 | 315.42 | 1,577.10 |
| Sal Holiday | | | | 1,261.68 |
| **Gross Pay** | | | **$3,154.20** | 18,925.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.62 | 2,139.72 |
| | Social Security Tax | -194.12 | 1,164.72 |
| | Medicare Tax | -45.39 | 272.39 |
| | PA State Income Tax | -94.29 | 565.74 |
| | Philadelphia Income Tax | -120.52 | 723.12 |
| | PA SUI Tax | -2.21 | 13.25 |
| | **Other** | | |
| | Dental | -6.19* | 37.14 |
| | Health | -73.61* | 441.66 |
| | Pet Insurance | -14.15 | |
| | Vision | -3.15* | 18.90 |
| | 401K $ | -189.25* | 1,135.50 |
| | 401K Loan | -56.20 | 337.20 |
| **Net Pay** | | | **$1,998.50** |
| | Checking 1 | -1,498.50 | |
| | CHECK1 | -500.00 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are
$2,882.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 59.72 | 358.32 |
| Max Elig/Comp | 3,154.20 | 18,925.20 |
| Total Hours Wor | 64.00 | |
| 401K Er Match | 189.25 | 1,135.50 |
| Float Hours | | 8.00 |
| Personal Hours | | 0.00 |
| Pto Available | | 54.87 |

**Important Notes**
267-419-2294

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

VIRIDITY ENERGY SOLUTIONS INC
1801 MARKET ST
PHILADELPHIA, PA 19103

Advice number: 00000110021
Pay date: 03/15/2024

THIS IS NOT A CHECK

**Deposited to the account of**
KATHLEEN MARIE ANDERSON

| account number | transit ABA | amount |
|---|---|---|
| xx1150 | xxxx xxxx | $500.00 |
| xxxxxxxx1978 | xxxx xxxx | $1,498.50 |

**NON-NEGOTIABLE**