United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10924-amc |
| Kathleen Marie Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: May 29, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Marie Anderson, 6654 Edmund Street, Philadelphia, PA 19135-2802 |
| | #+ | Viridity Energy Solutions Inc., attn: Payroll, 1801 Market Street, Philadelphia, PA 19103-1609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Debtor Kathleen Marie Anderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 2 |

        ECFMail@ReadingCh13.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

        on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Kathleen M. Anderson,

Debtor.

Case No. 24-10924

Chapter 13

ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION

Upon motion of Kathleen M. Anderson, it is hereby **ORDERED** that:

1. Debtor's employer, Viridity Energy Solutions Inc. ("the employer") shall pay $230.77 directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Scott F. Waterman, Chapter 13 Trustee
    P.O. Box 680
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: May 29, 2024

Ashely M. Chan
U.S. Bankruptcy Judge

CC: Viridity Energy Solutions Inc.
    1801 Market Street
    Philadelphia, PA 19103