UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :          Chapter 13
KATHLEEN MARIE ANDERSON                          :
                                                :          Case No.   24-10924-AMC
            Debtor.                              :
                                                :

**ORDER**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proof of Claim No. 13 filed by PECO;

**AND**, the Court concluding that the subject Proof of Claim (including attachments)

(Claim No. 13) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 13 on the Claims Register**

    **forthwith**.

3.  PECO shall file a redacted replacement proof of claim **on or before** Aug. 2, 2024

    _____.

Dated: July 19, 2024

_____
**Honorable Ashely M. Chan**
**Chief United States Bankruptcy Judge**