| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10924-AMC

Kathleen Marie Anderson  
6654 Edmund Street  
Philadelphia  PA   19135

Petition Filed Date: 03/20/2024  
341 Hearing Date: 05/24/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/18/2024 | $500.00 | | 05/07/2024 | $147.70 | 49483020 | 05/21/2024 | $147.70 | 49704602 |
| 05/29/2024 | $147.70 | 49915918 | 06/18/2024 | $147.70 | 50173123 | 07/02/2024 | $230.77 | 50445999 |
| 07/16/2024 | $230.77 | 50709657 | 07/29/2024 | $230.77 | 50975688 | | | |

**Total Receipts for the Period:  $1,783.11    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,013.88**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC  »» 001 | Unsecured Creditors | $705.71 | $0.00 | $0.00 |
| 2 | PHILADELPHIA FEDERAL CREDIT UNION  »» 002 | Unsecured Creditors | $1,000.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT UNION  »» 003 | Unsecured Creditors | $3,689.52 | $0.00 | $0.00 |
| 4 | PINNACLE CREDIT SERVICES LLC  »» 004 | Unsecured Creditors | $678.37 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC  »» 005 | Unsecured Creditors | $1,380.96 | $0.00 | $0.00 |
| 6 | DISCOVER BANK  »» 006 | Unsecured Creditors | $2,451.94 | $0.00 | $0.00 |
| 7 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC  »» 007 | Unsecured Creditors | $1,248.85 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA  »» 008 | Unsecured Creditors | $542.85 | $0.00 | $0.00 |
| 9 | PHILADELPHIA FEDERAL CREDIT UNION  »» 009 | Secured Creditors | $7,935.31 | $0.00 | $0.00 |
| 10 | ROCKET MORTGAGE LLC  »» 010 | Mortgage Arrears | $2,419.36 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT INC  »» 011 | Unsecured Creditors | $2,465.20 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC  »» 012 | Unsecured Creditors | $3,208.22 | $0.00 | $0.00 |
| 13 | PECO ENERGY COMPANY  »» 013 | Unsecured Creditors | $865.16 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC  »» 014 | Unsecured Creditors | $755.69 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES  »» 015 | Unsecured Creditors | $453.93 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10924-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $984.55 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $1,224.56 | $0.00 | $0.00 |
| 18 | SCOLOPAX LLC »» 018 | Unsecured Creditors | $697.59 | $0.00 | $0.00 |
| 19 | CITY OF PHILADELPHIA (LD) »» 019 | Secured Creditors | $1,331.74 | $0.00 | $0.00 |
| 20 | PECO ENERGY COMPANY »» 020 | Unsecured Creditors | $865.16 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,013.88 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $486.12 |
| Paid to Trustee: | $201.40 | Total Plan Base: | $28,000.00 |
| Funds on Hand: | $1,812.48 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.