UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Kathleen Marie Anderson,

        Debtor.

Case No. 24-10924

Chapter 13

ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION

Upon motion of Kathleen Marie Anderson, it is hereby **ORDERED** that:

1. Debtor's employer, Viridity Energy Solutions Inc. ("the employer") shall pay $270 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Scott F. Waterman, Chapter 13 Trustee
   P.O. Box 680
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: Sept. 3, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Chief Judge

CC: Viridity Energy Solutions Inc.
     1801 Market Street
     Philadelphia, PA 19103