IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re*: Kathleen Marie Anderson | : | CHAPTER: 13 |
| | : | BANKRUPTCY NO: 24-10924 (AMC) |
| | : | |

PRAECIPE TO WITHDRAW PROOF OF CLAIM # 13

TO THE CLERK:

     Kindly withdraw Proof of Claim No. 13 filed on behalf of PECO Energy Company in the above-captioned matter without prejudice.

Dated: 09/04/2024

BY: /s/ Lynn R. Zack
Lynn R. Zack
Attorney for PECO Energy Company
2301 Market Street, S23-1
Philadelphia, PA  19103
Telephone: (215) 841-6816