## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathleen Marie Anderson, *Debtor*. | Case No. 23-10924-AMC <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Third Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Date: September 18, 2024

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com