# United States District Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Kathleen Marie Anderson,<br><br>　　　　Debtor. | Case No. 24-10924-AMC<br><br>Chapter 13 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Kathleen Marie Anderson, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: September 18, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com