**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-10924-AMC |
| Kathleen Marie Anderson, | Chapter 13 |
| Debtor. | |

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Kathleen Marie Anderson, it is hereby **ORDERED** that:

1. Debtor's employer, Viridity Energy Solutions Inc. ("the employer") shall pay $275 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Scott F. Waterman, Chapter 13 Trustee
    P.O. Box 680
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: 9/20/24

_Ashely M. Chan_
Ashely M. Chan
U.S. Bankruptcy Chief Judge

CC: Viridity Energy Solutions Inc.
Attn: HR/Payroll
1801 Market Street
Philadelphia, PA 19103