United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10924-amc

Kathleen Marie Anderson  Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Oct 03, 2024　　　　　　　　　　　Form ID: 155　　　　　　　　　　　　　Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Marie Anderson, 6654 Edmund Street, Philadelphia, PA 19135-2802 |
| 14868035 | | Evolve Bank & Trust, Attn: Bankruptcy Triad Center 16000 Popl, Memphis, TN 38119 |
| 14870120 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esquire, Kaplin,Stewart,Meloff,Reiter and Stein,, 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765 |
| 14868047 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14868991 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14868051 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14868057 | + | Viriva Cu, 1423 Spruce Street, Philadelphia, PA 19102-4503 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14868026 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 04 2024 11:26:00 | Absolute Resolutions, Attn: Bankruptcy 8000 Norman Center Dr #, Bloomington, MN 55437 |
| 14870488 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 04 2024 11:26:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14868030 | | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14899875 | | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14868027 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14871249 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:30 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14870893 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 00:40:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14868028 | + | Email/Text: bankruptcy@cavps.com | Oct 04 2024 11:27:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane , Ste 220, Greenwich, CT 06831-2563 |
| 14868961 | + | Email/Text: bankruptcy@cavps.com | Oct 04 2024 11:27:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14868441 | + | Email/Text: bankruptcy@cavps.com | Oct 04 2024 11:27:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14868029 | ^ | MEBN | Oct 04 2024 11:20:50 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14868031 | | Email/Text: bankruptcy@philapark.org | | |

Case 24-10924-amc   Doc 56   Filed 10/05/24   Entered 10/06/24 00:35:39   Desc Imaged
                             Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 03, 2024 | Form ID: 155 | Total Noticed: 54 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Oct 04 2024 11:27:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14868032 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14868033 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 00:40:32 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14868034 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14870277 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14868036 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 04 2024 11:27:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14868037 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2024 11:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14880872 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 11:27:00 | Jefferson Capital System, LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 14868038 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 11:27:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14869940 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:40:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868039 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:17:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14909131 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 04 2024 11:27:00 | Lynn R. Zack, 2301 Market Street, S23-1, Philadelphia, PA 19103-1338 |
| 14878245 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2024 11:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14868040 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2024 11:27:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14883559 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 04 2024 11:27:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14868041 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 04 2024 11:27:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14868042 | | Email/Text: fesbank@attorneygeneral.gov | Oct 04 2024 11:27:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14868045 | ^ | MEBN | Oct 04 2024 11:21:03 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14868046 | | Email/Text: CollectionsDept@PFCU.COM | Oct 04 2024 11:27:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14889391 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 00:40:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14868043 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 11:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14868044 | ^ | MEBN | Oct 04 2024 11:21:23 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14868048 | | Email/Text: bankruptcy@philapark.org | Oct 04 2024 11:27:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14869941 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:40:53 | Pinnacle Credit Services, LLC, Resurgent Capital |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868049 | | Email/Text: ebnnotices@fidem-financial.com | Oct 04 2024 11:27:00 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 14868050 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 11:27:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14872341 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 11:27:00 | Rocket Mortgage, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14868813 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 11:27:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |
| 14868812 | + | Email/Text: EBN@brockandscott.com | Oct 04 2024 11:26:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14891028 | + | Email/Text: bncmail@w-legal.com | Oct 04 2024 11:27:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., P.O. BOX 3978, SEATTLE, WA 98124-3978 |
| 14890624 | + | Email/Text: bncmail@w-legal.com | Oct 04 2024 11:27:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14868052 | ^ | MEBN | Oct 04 2024 11:21:12 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14868053 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 04 2024 11:27:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14868054 | ^ | MEBN | Oct 04 2024 11:20:56 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14868055 | | Email/Text: bknotice@upgrade.com | Oct 04 2024 11:26:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14868056 | ^ | MEBN | Oct 03 2024 23:54:05 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14868992 | *+ | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2024    Signature:    /s/Gustava Winters

Case 24-10924-amc   Doc 56   Filed 10/05/24   Entered 10/06/24 00:35:39   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 155 | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| LYNN R. ZACK | on behalf of Creditor PECO Energy Company lynn.zack@exeloncorp.com maryellen.white@exeloncorp.com |
| MARIO J. HANYON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kathleen Marie Anderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN R. STARKS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 8

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Kathleen Marie Anderson<br><br>   Debtor(s). | Case No. 24−10924−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 2, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court