# EXHIBIT A

**Bankruptcy Post-Petition Payment History**

| Data as of | 08/11/2025 | | Payment Changes | |
|---|---|---|---|---|
| Loan | | | 4/1/2024 | 12/1/2024 |
| Last Name | KATHLEEN M ANDERSON | | $608.29 | $642.65 |
| Case No | 24-10924 | | | |
| Filing Date | 3/20/2024 | | | |

### Payment History

| Loan | Date Received | TransactionType | AmountReceived | MonthlyPaymentAmount | AmountApplied | AppliedToDate | PostDueDate | SuspenseActivity | SuspenseBalance |
|---|---|---|---|---|---|---|---|---|---|
| 3477506910 | 4/10/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 4/1/2024 | 5/1/2024 | $0.00 | $0.00 |
| 3477506910 | 5/8/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 5/1/2024 | 6/1/2024 | $0.00 | $0.00 |
| 3477506910 | 6/5/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 6/1/2024 | 7/1/2024 | $0.00 | $0.00 |
| 3477506910 | 7/18/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 7/1/2024 | 8/1/2024 | $0.00 | $0.00 |
| 3477506910 | 8/14/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 8/1/2024 | 9/1/2024 | $0.00 | $0.00 |
| 3477506910 | 9/26/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 9/1/2024 | 10/1/2024 | $0.00 | $0.00 |
| 3477506910 | 10/23/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 10/1/2024 | 11/1/2024 | $0.00 | $0.00 |
| 3477506910 | 11/20/2024 | Post Pet Pmt Rec | $608.29 | $608.29 | $608.29 | 11/1/2024 | 12/1/2024 | $0.00 | $0.00 |
| 3477506910 | 12/31/2024 | Post Pet Pmt Rec | $642.65 | $642.65 | $642.65 | 12/1/2024 | 1/1/2025 | $0.00 | $0.00 |
| 3477506910 | 1/29/2025 | Post Pet Pmt Rec | $642.65 | $642.65 | $642.65 | 1/1/2025 | 2/1/2025 | $0.00 | $0.00 |
| 3477506910 | 2/26/2025 | Post Pet Pmt Rec (NSF) | $642.65 | $642.65 | $0.00 | | 2/1/2025 | $642.65 | $642.65 |
| 3477506910 | 3/10/2025 | NSF Tran | ($642.65) | $642.65 | $0.00 | | 2/1/2025 | ($642.65) | $0.00 |
| 3477506910 | 3/12/2025 | Post Pet Pmt Rec (NSF) | $642.65 | $642.65 | $0.00 | | 2/1/2025 | $642.65 | $642.65 |
| 3477506910 | 3/24/2025 | NSF Tran | ($642.65) | $642.65 | $0.00 | | 2/1/2025 | ($642.65) | $0.00 |
| 3477506910 | 4/3/2025 | Post Pet Pmt Rec | $642.65 | $642.65 | $642.65 | 2/1/2025 | 3/1/2025 | $0.00 | $0.00 |
| 3477506910 | 4/17/2025 | Post Pet Pmt Rec | $642.65 | $642.65 | $642.65 | 3/1/2025 | 4/1/2025 | $0.00 | $0.00 |
| 3477506910 | 5/22/2025 | Post Pet Pmt Rec | $642.65 | $642.65 | $642.65 | 4/1/2025 | 5/1/2025 | $0.00 | $0.00 |
| 3477506910 | 6/17/2025 | Post Pet Pmt Rec | $642.65 | $642.65 | $642.65 | 5/1/2025 | 6/1/2025 | $0.00 | $0.00 |
| 3477506910 | 7/1/2025 | No Funds Received | $0.00 | $642.65 | $0.00 | | 6/1/2025 | | $0.00 |
| 3477506910 | 8/1/2025 | No Funds Received | $0.00 | $642.65 | $0.00 | | 6/1/2025 | | $0.00 |
| **Total** | | | **$8,722.22** | | **$8,722.22** | | | **$0.00** | |