| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-10924-AMC**

Kathleen Marie Anderson
6654 Edmund Street
Philadelphia  PA    19135

Petition Filed Date: 03/20/2024
341 Hearing Date: 05/24/2024
Confirmation Date: 10/02/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $230.77 | 51227279 | 08/27/2024 | $230.77 | 51481212 | 09/05/2024 | $230.77 | 51696626 |
| 09/25/2024 | $230.77 | 51972738 | 10/08/2024 | $230.77 | 52203996 | 10/17/2024 | $230.77 | 52436781 |
| 11/05/2024 | $230.77 | 52702940 | 11/13/2024 | $230.77 | 52912513 | 12/03/2024 | $230.77 | 53195100 |
| 12/18/2024 | $230.77 | 53444627 | 01/02/2025 | $230.77 | 53704723 | 01/15/2025 | $230.77 | 53927856 |
| 01/23/2025 | $230.77 | 54111829 | 02/10/2025 | $230.77 | 54417105 | 02/20/2025 | $230.77 | 54649888 |
| 03/10/2025 | $230.77 | 54881853 | 03/26/2025 | $230.77 | 55109677 | 04/07/2025 | $230.77 | 55379021 |
| 05/19/2025 | $230.77 | 56113863 | 06/02/2025 | $230.77 | 56311886 | 06/16/2025 | $230.77 | 56606589 |
| 07/01/2025 | $230.77 | 56829930 | 07/08/2025 | $230.77 | 57087225 | 07/29/2025 | $230.77 | 57359009 |

**Total Receipts for the Period:  $5,538.48    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,783.13**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $5,875.00 | $5,875.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $705.71 | $0.00 | $705.71 |
| 2 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $1,000.00 | $0.00 | $1,000.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,689.52 | $0.00 | $3,689.52 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,380.96 | $0.00 | $1,380.96 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $2,451.94 | $0.00 | $2,451.94 |
| 7 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 007 | Unsecured Creditors | $1,248.85 | $0.00 | $1,248.85 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $542.85 | $0.00 | $542.85 |
| 9 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $7,935.31 |
| 10 | ROCKET MORTGAGE LLC<br>»» 010 | Mortgage Arrears | $2,419.36 | $667.67 | $1,751.69 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $2,465.20 | $0.00 | $2,465.20 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $3,208.22 | $0.00 | $3,208.22 |

Chapter 13 Case No. 24-10924-AMC

| | | | | | |
|---|---|---|---|---|---|
| 13 | PECO ENERGY COMPANY<br>»» 013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $755.69 | $0.00 | $755.69 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $453.93 | $0.00 | $453.93 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $984.55 | $0.00 | $984.55 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $1,224.56 | $0.00 | $1,224.56 |
| 18 | SCOLOPAX LLC<br>»» 018 | Unsecured Creditors | $697.59 | $0.00 | $697.59 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 019 | Secured Creditors | $1,331.74 | $367.52 | $964.22 |
| 20 | PECO ENERGY COMPANY<br>»» 020 | Unsecured Creditors | $865.16 | $0.00 | $865.16 |
| 21 | CHIME/STRIDE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | EVOLVE BANK & TRUST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | PHILADELPHIA FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,783.13 | Current Monthly Payment: | $595.00 |
| Paid to Claims: | $6,910.19 | Arrearages: | $1,856.87 |
| Paid to Trustee: | $654.86 | Total Plan Base: | $35,225.00 |
| Funds on Hand: | $218.08 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.