**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: : | |
| KATHLEEN MARIE ANDERSON, : | Bankruptcy No. 24-10924-amc |
|    Debtor : | Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC : | |
|    Movant : | |
| : | |
|      v. : | |
| KATHLEEN MARIE ANDERSON : | 11 U.S.C. §362 |
| and | |
| SCOTT F. WATERMAN [Chapter 13], ESQUIRE (TRUSTEE) | |
|    Respondent(s) : | |

**CERTIFICATION OF NO ANSWER REGARDING ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC'S**
**MOTION FOR RELIEF FROM STAY (DE 59)**

The undersigned hereby certifies that, as of <u>September 12, 2025</u>, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before <u>September 10, 2025</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  September 12, 2025           Respectfully submitted,

                                              Brock & Scott, PLLC

                                              <u>/s/Andrew Spivack</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor

BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| KATHLEEN MARIE ANDERSON, | : | Bankruptcy No. 24-10924-amc |
| Debtor | : | Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| KATHLEEN MARIE ANDERSON | : | 11 U.S.C. §362 |
| and | | |
| SCOTT F. WATERMAN [Chapter 13], ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 15, 2025 to the following:

KATHLEEN MARIE ANDERSON
6654 EDMUND STREET
PHILADELPHIA, PA 19135

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

SCOTT F. WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993

Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com