# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Kathleen Marie Anderson,<br><br>　　　　　　Debtor. | Case No. 24-10924-AMC<br><br>Chapter 13 |

## Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Kathleen Marie Anderson, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by Rocket Mortgage, LLC.

Date: September 15, 2025

　　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Rocket Mortgage, LLC to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: September 15, 2025　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik