**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kathleen Marie Anderson,<br><br>*Debtor*. | Case No. 23-10924-AMC<br>Chapter 13 |

### Motion to Modify Plan After Confirmation

Debtor Kathleen Marie Anderson, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on March 20, 2024.

2. The plan was confirmed on October 3, 2024.

3. The Trustee recently filed a motion to dismiss the instant case for failure to make plan payments.

4. The Debtor wants to amend her plan to resolve the motion to dismiss.

5. The proposed plan rolls in and cures the arrears that gave rise to the Motion by increasing the Debtor's monthly plan payments moving forward.

6. The Debtor asks this Court to approve the proposed plan filed at ECF No. 67.

   **NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: October 7Gwuvz

CIBIK LAW, P.C.
*Counsel for Debtor*
*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com