**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KATHLEEN MARIE ANDERSON<br>    Debtor | Case No. 24-10924-amc |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC,<br>    Movant | Chapter 13 |
| vs.<br>KATHLEEN MARIE ANDERSON<br>    Respondent | 11 U.S.C. §362 |

**ORDER**

AND NOW, this _____ day of _____ , 2025, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: October 23, 2025**

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

KATHLEEN MARIE ANDERSON
6654 EDMUND STREET
PHILADELPHIA, PA 19135

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107