Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kathleen Marie Anderson
6654 Edmund Street
Philadelphia, PA 19135

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10924-AMC**

Petition Filed Date: 03/20/2024
341 Hearing Date: 05/24/2024
Confirmation Date: 10/02/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $230.77 | 57602221 | 08/25/2025 | $230.77 | 57827536 | 09/04/2025 | $230.77 | 58025769 |
| 09/23/2025 | $230.77 | 58332736 | 10/07/2025 | $230.77 | 58602725 | 10/16/2025 | $230.77 | 58832471 |
| 11/03/2025 | $294.66 | 59119004 | 11/17/2025 | $294.66 | 59398637 | 12/02/2025 | $294.66 | 59612189 |
| 12/16/2025 | $294.66 | 59898529 | 12/30/2025 | $294.66 | 60140044 | 01/12/2026 | $294.66 | 60426906 |
| 01/23/2026 | $294.66 | 60676849 | 02/10/2026 | $294.66 | 60914698 | 02/18/2026 | $294.66 | 61151380 |
| 03/10/2026 | $294.66 | 61462083 | 03/23/2026 | $294.66 | 61718023 | 04/06/2026 | $294.66 | 61972496 |
| 04/20/2026 | $294.66 | 62233582 | 05/04/2026 | $294.66 | 62511410 | 05/18/2026 | $294.66 | 62753207 |
| 05/27/2026 | $294.66 | 62949809 | 06/15/2026 | $294.66 | 63319356 | 06/24/2026 | $294.66 | 63507816 |
| 07/14/2026 | $294.66 | 63773246 | 07/28/2026 | $294.66 | 64078152 | | | |

**Total Receipts for the Period: $7,277.82 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $15,188.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $5,875.00 | $5,875.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $705.71 | $132.71 | $573.00 |
| 2 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $1,000.00 | $188.05 | $811.95 |
| 3 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,689.52 | $693.78 | $2,995.74 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,380.96 | $259.68 | $1,121.28 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $2,451.94 | $461.05 | $1,990.89 |
| 7 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 007 | Unsecured Creditors | $1,248.85 | $234.83 | $1,014.02 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $542.85 | $102.06 | $440.79 |
| 9 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10924-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | ROCKET MORTGAGE LLC<br>»» 010 | Mortgage Arrears | $2,419.36 | $2,419.36 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $2,465.20 | $463.56 | $2,001.64 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $3,208.22 | $603.27 | $2,604.95 |
| 13 | PECO ENERGY COMPANY<br>»» 013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $755.69 | $142.09 | $613.60 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $453.93 | $85.36 | $368.57 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $984.55 | $185.14 | $799.41 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $1,224.56 | $230.27 | $994.29 |
| 18 | SCOLOPAX LLC<br>»» 018 | Unsecured Creditors | $697.59 | $131.19 | $566.40 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 019 | Secured Creditors | $1,331.74 | $1,331.74 | $0.00 |
| 20 | PECO ENERGY COMPANY<br>»» 020 | Unsecured Creditors | $865.16 | $162.68 | $702.48 |
| 21 | CHIME/STRIDE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | EVOLVE BANK & TRUST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | PHILADELPHIA FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,188.73 | Current Monthly Payment: | $646.80 |
| Paid to Claims: | $13,701.82 | Arrearages: | ($14.52) |
| Paid to Trustee: | $1,214.94 | Total Plan Base: | $35,225.01 |
| Funds on Hand: | $271.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.